**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 20, 2011.**



In The

# Fourteenth Court of Appeals

———————

### NO. 14-11-00846-CV

———————

**ASPEN PREMIER ASSETS, LTD., Appellant**

**V.**

**FRONTERA ENERGY, L.L.C., Appellee**

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2011-52664**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 30, 2011. On October 10, 2011, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Seymore, and Jamison.